PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court): 3:14CR00002-1
DOCKET NUMBER (Rec. Court): 2:25-cr-00094-CDS-NJK-1

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**
Angelica I Tupper
9212 Sun Rose Avenue
Las Vegas, Nevada 89134

FILED / ENTERED: 04/08/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

**DISTRICT:** Western District of Kentucky
**DIVISION:** U.S. Probation Office

**NAME OF SENTENCING JUDGE:** Charles R. Simpson, Senior United States District Judge

**DATES OF PROBATION/SUPERVISED RELEASE:**
FROM: 12/20/2024
TO: 11/19/2029

**OFFENSE**
Count 1: Conspiracy to Possess With Intent to Distribute Methamphetamine 21 U.S.C. § 846, 21 U.S.C. 841(b)(1)(A)(viii)
Count 2: Aided and Abetted Knowingly and Intentionally Possessed With Intent to Distribute Methamphetamine 21 U.S.C. § 841(a)(1), 21 U.S.C. 841(b)(1)(A)(viii) and 18 U.S.C. 2

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
prosocial ties, employment/education opportunities

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Western** DISTRICT OF **Kentucky**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Nevada** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 21, 2025
Date

Charles R. Simpson III, Senior Judge
United States District Court
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **Nevada**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 10, 2025
Effective Date

Cristina D. Silva, United States District Judge